**Petition for Reinstatement from Inactive Status.**

**No. 20 DB 2001.**

Supreme Court of Pennsylvania.

June 8, 2001.

*O R D E R*

PER CURIAM:

AND NOW, this 8th day of June, 2001, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated May 25, 2001, are approved and IT IS ORDERED that MARIANNE E. BARKUS, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, com-

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Charles F. HOLDER, Petitioner.**

Supreme Court of Pennsylvania.

June 12, 2001.

*ORDER*

PER CURIAM.

AND NOW, this 12th day of June, 2001, the Petition for Allowance of Appeal is GRANTED, limited as follows:

Did the trial court err in denying Petitioner's motion in limine on grounds of collateral estoppel? If collateral estoppel was properly applied, did Superior Court err in failing to review the evidentiary ruling on the merits? See *Commonwealth*

*v. Lagana*, 510 Pa. 477, 509 A.2d 863, 866–67 (1986).